**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

TEODORO MEDINA TORRES,
Petitioner,

v.

WARDEN/FACILITY ADMINISTRATOR, OTAY MESA DETENTION CENTER, et al.,
Respondents.

Case No.: 26cv04240 DMS (MSB)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return stating they "do not oppose an Order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within fourteen (14) days of this Order unless Petitioner requests a continuance. At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of

/ / /

/ / /

/ / /

flight if released on bond. Respondents shall file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results thereof. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Hon. Dana M. Sabraw
United States District Judge